IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 17-cv-62262-KMM

BROOKE TAYLOR a/k/a BROOKE JOHNSON
JESSE GOLDEN a/k/a JESSICA GOLDEN,
JESSA HINTON a/k/ JESSICA HINTON,
KIMBERLY COZZENS, LAURIE ANN
YOUNG, MASHA LUND, URSULA MAYES,
SANDRA VALENCIA, SARA UNDERWOOD,
TIFFANY TOTH a/k/a TIFFANY TOTH GRAY,
ARIANNY CELESTE LOPEZ, CIELO JEAN
GIBSON, DESSIE MITCHESON and IRINA
VORONINA,

    Plaintiffs,

vs.

TRAPEZE MANAGEMENT, LLC d/b/a
TRAPEZE FORT LAUDERDALE d/b/a
TRAPEZE and TRAPEZE OF GEORGIA, INC.
d/b/a TRAPEZE ATLANTA d/b/a
TRAPEZE,

    Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Daniel Aaronson, Esquire, Benjamin, Aaronson, Edinger & Patanzo, P.A., hereby enters his appearance as counsel to the Defendants, TRAPEZE MANAGEMENT, LLC and TRAPEZE OF GEORGIA, INC., together with Gary S. Edinger, Esquire.

/s/ Daniel R. Aaronson
DANIEL R. AARONSON, Esquire
Benjamin, Aaronson, Edinger & Patanzo, PA
1700 East Las Olas Blvd., #202
Ft. Lauderdale FL 33301
(954) 779-1700
DanAaron@Bellsouth.net
Florida Bar #314579

Gary S. Edinger, Esquire
Benjamin, Aaronson, Edinger & Patanzo, PA
305 NE 1st Street
Gainesville FL 32601
(352) 338-4440
GSEdinger12@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed with the CM/ECF system and a copy was furnished, through that filing, to Ludmila Khomiak, Counsel to the Plaintiffs, at mila@casaslawfirm.com, 80 SW 8 Street, Suite 2000, Miami FL 33130 this 9th day of April, 2018.

/s/ Daniel R. Aaronson
Daniel R. Aaronson, Esquire